■ ANITA RUTNAM, Appellant, v THE SYRACUSE UNIVERSITY, Also Known as SYRACUSE UNIVERSITY, et al., Respondents, et al., Defendant. (Appeal No. 1.) [855 NYS2d 393]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered December 13, 2006. The order, among other things, granted the motion of defendants The Syracuse University, also known as Syracuse University, Syracuse University Health Services and Syracuse University Counseling Center for summary judgment dismissing the second amended complaint against them.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Lunn, Fahey, Pine and Gorski, JJ.

■ ANITA RUTNAM, Appellant, v THE SYRACUSE UNIVERSITY, Also Known as SYRACUSE UNIVERSITY, et al., Respondents, et al., Defendant. (Appeal No. 2.) [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered December 18, 2006. The judgment, among other things, dismissed the second amended complaint against defendants The Syracuse University, also known as Syracuse University, Syracuse University Health Services and Syracuse University Counseling Center.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Lunn, Fahey, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY APPLEGATE, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Livingston County Court (Robert B. Wiggins, J.), rendered March 21, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.